

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2021

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file his brief. However, no brief is currently due. In our previous order, we suspended all appellate deadlines pending our determination of whether we have jurisdiction over this appeal. Therefore, appellant's motion for extension of time is DENIED AS MOOT.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court